IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS**                                              CR NO. **6:20CR00210-DCC**

**VIKTORS SUHORUKOVS**

## PLEA

The defendant, **VIKTORS SUHORUKOVS,** having withdrawn his plea of Not Guilty entered on July 23, 2020, pleads **GUILTY** to Counts **1,2,3 and 4** of the **Indictment.**

_____
(Signed) Defendant

Spartanburg, South Carolina
January 12, 2021