# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR. NO.: 6:20-210** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **VICKTORS SUHORUKOVS,** | ) | |

## NOTICE OF REQUEST FOR PROTECTION

The undersigned local counsel for the Defendant, Vicktors Suhorukovs, respectfully requests protection from any Court proceedings being scheduled in this matter for the following dates due to his being out of town:

April 29-30, 2021 & May 6 & 10, 2021

Respectfully Submitted,

/s Alex Kornfeld
Alex Kornfeld (Fed.# 11125)
16 Whitsett St.
Greenville, South Carolina 29601
864-335-9990  F: 864-271-4363
Alex@AlexKornfeld.com
KornfeldParalegal@gmail.com
*Attorney for the Defendant*

April 8, 2021
Greenville, South Carolina