IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:20-cr-00210-DCC |
| | ) | |
| v. | ) | NOTICE TO COURT |
| | ) | Fed.R.Crim. P.32.2(c)(2) |
| VIKTORS SUHORUKOVS | ) | |

NOW COMES the United States and represents as follows:

WHEREAS, on September 15, 2021, this Court entered an Amended Preliminary Order of Forfeiture as to the Defendant, VIKTORS SUHORUKOVS, ordering the Defendant to forfeit his interest in the following property:

1. <u>Checks</u>:

    Nine-hundred seventeen (917) negotiable instruments with a face value of $1,280,325.01, which were seized from the custody of United Bank, in the names of Patent and Trademark Office and Patent and Trademark Bureau.

2. <u>Electronic Devices</u>:

    i. Black Samsung Galaxy A40;

    ii. Black iPhone 5;

    iii. Black Dell Latitude laptop;

    iv. Seagate external hard drive;

    v. Verbatim thumb drive;

    vi. Transcend thumb drive;

    vii. red Kingston thumb drive; and

    viii. blue thumb drive.

  WHEREAS, the United States caused to be published on an official government internet website (www.forfeiture.gov), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning October 23, 2021, and ending November 20, 2021, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

  WHEREAS, no timely claim has been filed and the time to file such claims has passed; and

  WHEREAS, the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

  It appears that all right, title, and interest in the subject property has been forfeited as of December 22, 2021, to the United States of America in accordance with the Preliminary Order of Forfeiture and may be disposed of according to law.

        Respectfully submitted,

        ADAIR F. BOROUGHS
        UNITED STATES ATTORNEY

     By: s/ Anne Hunter Young
        ANNE HUNTER YOUNG (Fed I.D. #7258)
        Assistant United States Attorney
        United States Attorney's Office
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201

September 16, 2022